# EXHIBIT A

Jessica Cecil, Sept. 28, 2021

1    HARRY:  …inverting the power structures that we see in society

2    today. And on the other side you've had the dystopian view of the

3    internet as a driver of the exact opposite of polarization, of mistrust

4    and distrust, and a creation of a kind of Big Brother society where all

5    of our data is used and monitored. And I'm keen today that we eschew

6    both of those stories as overly simplistic and work out where each of

7    those stories has elements of truth. Because both of them contain

8    elements of truth and of over-exaggeration. And so what we want to do,

9    I think, as a society is to harness the good things in the internet and

10    in digital technology, but manage those aspects that are more

11    challenging. And that is what we are here today to debate. We've got an

12    amazing panel. We're going to kick off the conversation, so in a second

13    I will come to Chi Onwurah MP, who is shadow minister for science,

14    research and digital, welcome to you. We have Jessica Cecil with us,

15    welcome, Jessica, and Jessica is the founder of the Trusted News

16    Initiative, and I will allow you to explain exactly what that is, but

17    we're really privileged to have Jessica here today, she's come

18    specially for this event and to talk to you. And we have Hugh Milward

19    who is general manager of corporate, external and legal affairs at

20    Microsoft, who are very generously supporting this event and allowing

21    us to have this conversation, which is fantastic, so thank you, Hugh.

22    So I'm going to kick off, and I'm going to hand over to Chi to open the

23    conversation. Over to you, Chi.

24    CHI ONWURAH: Thank you very much, Harry, thanks very much to

25    IPPR, and Microsoft for enabling this conversation. This is a very

1

Jessica Cecil, Sept. 28, 2021

1   important discussion. And I do want to start off by saying that I am a

2   tech evangelist I'm a chartered engineer and my background, I spent 20

3   years in technology before coming into parliament. As an engineer in

4   the private sector, and the public sector, I believe that technology

5   and politics are the twin engines of progress. So technology and

6   democracy, if you like, are the twin engines of progress for humanity.

7   But I am very, very clear as to which should lead, and which should

8   follow. And I'd also say that technology is not something that happens

9   and shouldn't be something that happens to us; it is something that we

10  shape, and how we shape that should be driven by our democratic values

11  and our democratic accountability. And the challenge is there, the

12  online platforms such as Facebook, Google, YouTube, Instagram, Twitter,

13  other platforms are available, but not that many of them, because there

14  isn't that much competition. But they are now an essential part of all

15  our lives and they play an absolutely vital role in, for example, how

16  we do almost everything, but how we access news and information, how

17  and what we spend our money on, how and who actually contributes to

18  public debate, and how we utilize our spare time. But we have little to

19  no control on how that content is curated by the tech platforms and

20  delivered to us. And so why hasn't there been any regulation of online

21  content for so long? In the 11 years since I entered parliament, we

22  have had no regulation. As our lives have been transformed by digital

23  there has been no legislation brought forward. Whilst it's self-evident

24  that self-registration has failed. And most online sort of fake news is

25  perfectly legal, but it can cause immense harm, and it has caused

Jessica Cecil, Sept. 28, 2021

1    immense harm. Lives have been lost through Covid misinformation, for

2    example, and it's particularly a phenomenon, if you like, of the

3    digital age because of the way in which digital technology amplifies

4    and industrializes lies, and then their impact on public health in the

5    democratic process. So I think merely asking right now, is it legal for

6    platforms to promote and spend misinformation isn't enough. The

7    question that should be asked should be, should it, and how does it

8    need to be regulated. And as things stand, social media platforms are

9    given a huge amount of latitude. And there is a particular incentive

10   for social media companies to actually promote misinformation,

11   arguments with Facebook about this, but there is, due to the sheer

12   number of clicks that fake news stories generate.

13        [00:05:00]

14        And the social media content that is driven by algorithms that

15   target specific audiences for specific content, and then drive those

16   targets to more and more extreme content, which engenders more and more

17   engagement. And lawmakers and regulators do not know – we don't have

18   any visibility of these algorithms, how they may be programmed, what

19   their biases are. All algorithms are designed by people that have bias,

20   trained by people with bias, so they have bias. And that is a huge

21   concern. So I'm glad to see public opinion is hardening around a

22   greater role for government. I think the "no intervention" argument has

23   been lost, but we've had ten wasted years under successive Tory

24   governments and we must hold them to account for that. They have

25   presided over the internet as the Wild West Web, and it's had a huge

3

Jessica Cecil, Sept. 28, 2021

1    impact. Research by Darby University is showing that distrust of new

2    sources across the board has risen, distrust of government has risen –

3    there may be other reasons for that as well – but without the ability

4    to authenticate online content the democratic process and the

5    relationship between the state and citizens are threatened. The Online

6    Harms Bill, the Online Safety Bill, which is in draft form before going

7    through parliament now has an exemption for news publishers, but only

8    recognized news publishers will benefit from protection. The Online

9    Safety Bill has many issues with it which we'll come to, but there are

10   specific ones with regards to safeguarding our democracy. The most

11   important one for me is that it entrenches the platforms as the

12   arbiters of this, and I think that outsourcing critical decisions to

13   the platforms is just basically wrong. We need to decide our values and

14   our principles as a country and apply them. And it's also particularly

15   wrong, there is a sort of Silicon Valley libertarianism which believes

16   that, to your opening points, Harry, that if you have, you know, [PH

17   00:07:28] dracouterizers who needs government if you've got quad

18   processors and Bitcoin. There's this idea that that replaces democracy,

19   if you like, and that is for many reasons fundamentally wrong, and we

20   need to ensure that the fantastic and enabling and potentially

21   empowering technology from which we are all benefiting is shaped by our

22   democratic values. It has so much to offer us, we've seen that through

23   Covid, the fact that we could continue to do large parts of our lives

24   online, but it also has dangers and we must recognize that and we must

25

4

Jessica Cecil, Sept. 28, 2021

1   bring forward forward-looking legislation that helps to address it so

2   that we're all safe and all our potential is realized.

3       HARRY: Thanks, Chi, and we couldn't agree more with you. One of

4   the key arguments that we've made at IPPR around technology is the

5   argument that technology is not destiny.

6       CHI ONWURAH: That's a good way of putting it, yeah.

7       HARRY: We can determine where to [OVERLAY 00:08:36], and

8   democratic society should be the way that we do that, so we welcome

9   those comments. I should have said at the start, by the way, Kat Smith

10  is unfortunately not very well so she won't be doing this, but we've

11  got Chi so we're very happy. Jessica, over to you.

12      JESSICA CECIL: Fantastic, thank you very much. Thank you to the

13  IPPR, and thank you Microsoft. And actually I'd like to pick up on lots

14  of the themes that Chi's outlined. I'm going to concentrate on

15  practical suggestions for fighting disinformation, particularly to

16  protect democracy, but outside legislation, because clearly that's its

17  own thing. So over the last year we've seen the real-world harm of

18  disinformation, Chi's talked about it with Covid, it's cost lives, it's

19  undermined democracy, and we've got a situation in the US at the moment

20  where a third of adults think Joe Biden is in the White House because

21  of fraudulent votes. That is an extraordinary situation, and

22  disinformation has got a really, really important part to play in that.

23  But as a result, I think it's important to notice that we are in a

24  moment where the conversation between the tech companies and the news

25  media about what to do about that most harmful disinformation has been

Jessica Cecil, Sept. 28, 2021

1   turbo charged. There's now a clear recognition that the two sides, tech

2   companies and the responsible public service media need each other.

3   Tech companies obviously need responsible media to get to the truth and

4   to sort fact from fiction. and the media need the tech companies to

5   build reach.

6        [00:10:06]

7        So I think the question for all of us is how do we make the most

8   of what is an absolutely unique moment but also a burning platform.

9   We've heard about legislation and the Online Safety Bill, I'm not going

10   to talk about that, but I think that it's important to realize that

11   whatever the UK decides, it's sending a really powerful international

12   signal. Because around the world, regimes are looking really cynically

13   to use the banner of fighting disinformation as an excuse to inhibit

14   free speech online. From Russia, from Hungary, from the Philippines and

15   all over the place. And I think the UK needs to show that we can get it

16   right. We can show where disinformation can be tackled, but consistent

17   with free speech. However, legislation is crucial, but it's not enough.

18   Why? By its very nature it's got to be backward looking and reacting to

19   problems that have happened and can reasonably be foreseen when that

20   legislation is actually framed. But social media is evolving at

21   extraordinary speed. So who thought, for instance, that political

22   disinformation would be spread through audio messaging as it is at the

23   moment in Ethiopia? Regulation can also only obviously be country by

24   country or region by region, and it's hard to see China or Russia

25   adopting the same regulatory framework as the UK or the EU. So I think

Jessica Cecil, Sept. 28, 2021

1    it's useful to say what more can be done, and for me, the answer lies

2    in much more ambitious global cooperation.

3              I want to talk a little bit about my experience. Two years ago at

4    the BBC, which I recently left, I put together a global coalition of

5    the biggest western tech companies, including Microsoft, Google,

6    Facebook, Twitter, alongside the world's major independent news

7    organizations, the BBC, AFP, Reuters, AP, EFT, the Hindu and others.

8    And the result was something called the Trusted News Initiative, the

9    TNI. And the focus was on really practical ways to choke off the most

10   harmful disinformation and to do it fast. It's actually still the only

11   international alliance reacting to disinformation in real time, i.e. in

12   a matter of minutes and hours, not weeks and months. At its core it is

13   a tightly defined and agreed statement of what constitutes the most

14   harmful disinformation, and we agreed to act on occasions where there's

15   an immediate threat to life anywhere in the world, and secondly, where

16   there is an immediate threat to the integrity of the democratic

17   process. It's deliberately high bar and intended to be used only

18   rarely. Next to that, all participants signed up a clear set of

19   expectations on how to act. Members informed each other when they came

20   across that extreme disinformation, and when informed they decided what

21   to do about it fast. And cases raised were really varied, and actually

22   unforeseen. So they ranged from political disinformation to specific

23   death threats against journalists. And I think this points to a model

24   that we can all build on. The potential for a second path or weapon for

25   combatting disinformation alongside the entirely necessary legislation

Jessica Cecil, Sept. 28, 2021

1    that is coming everywhere. It's got certain core characteristics.

2    First, it's tightly defined what harm looks like, and that gets

3    international buy in. But secondly, it tightly defines what cooperation

4    in action looks like. And to be honest, without that really core

5    specificity, the TNI would never have got off the ground. And thirdly,

6    there's an ability to access and adapt as new types of cases come up.

7    This can be agile, real time, and can work across companies and across

8    countries, and I'm convinced it is the germ of the idea of the way

9    forward.

10        So what are the broad ideas of opportunity in global alliances?

11    I've got five suggestions, very briefly. First of all, I think we can

12    carefully define disinformation in more areas than immediate threat to

13    life and immediate threat to the integrity of the democratic process,

14    but where its effects are just as pernicious. Brokering agreement on

15    where free speech ends on, for instance, climate change, and where

16    immediate changes start, is really difficult but really important.

17    Secondly, the scope to bring many more media players into the dialogue,

18    especially the public interest media who are under siege all over the

19    world, and this is really, really important. Just look at Eastern

20    Europe at the moment.

21        [00:15:03]

22        Supporting democracy means bringing public interest media into a

23    common conversation about standards and with the tech companies.

24    Thirdly, might there be a potential future body that can turn progress

25    and these conversations into agreed standards, informed, for instance,

8

Jessica Cecil, Sept. 28, 2021

1    by the most harmful disinformation as it occurs. Fourthly, we need to

2    have an international conversation around monetary incentives for

3    disinformation and what to do about it. At the moment it costs

4    absolutely nothing to put out disinformation which could turn markets.

5    You could obviously make a lot of money, and actually, there appears to

6    be no downside. This is something that is coming, and coming fast. And

7    fifth, I think a slick system of dealing with something called imposter

8    content. Imposter content is when a bad actor puts a fake post online,

9    but masks it to look like it's been posted by a trusted news

10   organization, in order to gain credibility and gain virality. So it

11   might be branded, for instance, The Guardian, or the BBC, or the New

12   York Times. It risks crashing the trust in that established news brand

13   that has been carefully built up over decades, and massively amplifying

14   misleading content.

15       So let me give you a really specific example. When, for instance,

16   the Prime Minister was in intensive care last year, there was a fake

17   BBC breaking tweet saying he was dead. It was picked up fast. Luckily,

18   it was reported into the Trusted News Initiative, but because Twitter

19   is a partner, it was down within an hour. But other partners in the

20   tech companies need to look out for it. But even in that period, it was

21   picked up by one other organization, a TV station in Pakistan. And why

22   wouldn't you? They thought it came from the BBC, it was an excellent

23   source, and sadly it was an entirely believable story. Now what if that

24   could have moved markets, it could have caused panic. This is really

25   serious and we need framework for dealing with this. So in this area, I

Jessica Cecil, Sept. 28, 2021

1    think one other thing, emerging technology can also be our ally. For

2    instance, Microsoft, the BBC and others have created a technology that

3    can detect whether a piece of media has been tampered with to create a

4    so-called deep fake. It's really important stuff. But the success of

5    this depends on being widely adopted internationally and becoming a

6    universal standard. So those are some thoughts on where you can

7    actually build bridges, but you really need to get down into the

8    specificity of each of them.

9        I just want to say one other thing though which is that it's also

10    about personal responsibility for every single one of us.

11    Disinformation and misinformation is radioactive. Play with facts

12    loosely for immediate advantage and things can get out of hand really

13    quickly. So did President Macron know what he was unleashing in January

14    this year when he said the AstraZeneca jab was quasi ineffective for

15    the over-65s. And remember, he said this on the eve of the EU medicine

16    regulator approving AstraZeneca for all adults. Just a month later he

17    had to reverse his position saying he would take the AstraZeneca jab

18    himself. Why? Three-quarters of France's AstraZeneca jabs were left

19    unused at the same time as French Covid-19 cases and deaths soared.

20        We could talk about, I'm very happy to talk about media

21    education. I think the only thing I would want to say about it is it's

22    really, really important, but it's complicated. There are loads of

23    initiatives out there to build critical thinking, but many of them are

24    overlapping and there's no route to know what to use when. There isn't

25    a body of shared understanding of who is susceptible, what works, and

10

Jessica Cecil, Sept. 28, 2021

1   how that differs from country to country. Now, the tech companies are

2   doing a lot of work on signals and how users react to different signals

3   on their platforms. The posts are false and I would urge them and

4   encourage them to share their work much more widely. So I think this is

5   a good moment to make bold proposals, and everybody's listening. But

6   it's also a dangerous moment. Disinformation threatens to wreck

7   democracy all over the world and each of us needs to think about making

8   sure we're on the right side of this debate.

9       HARRY: Thank you so much, Jessica, and it's amazing to hear about

10  so much of the work that you've been living and breathing so long. We

11  couldn't have got a better expert to tell us about some of these

12  issues. So thank you. Hugh, over to you.

13      [00:20:00]

14      HUGH MILWARD: Thank you. So I'm going to make a couple of points.

15  Democracy I think is under attack and it's under attack from – I'm

16  going to talk about three areas – there are multiple areas. One is the

17  importance of local news. The second is the cyber threat, which we

18  haven't talked about yet. And the other, picking up on Jess's last

19  point, is around that individual responsibility and digital civility.

20  And our view is that there is an unhealthy information ecosystem that

21  we currently have, which is damaging our ability to protect democracy,

22  protect democratic institutions and processes, communities, and viable

23  economic markets, to pick up on your point, Jess.

24      So first on local news. People now have more access to

25  information than they pretty much ever had before. Technology is

11

Jessica Cecil, Sept. 28, 2021

1    connecting people with information, it's connecting information to

2    people. I remember when I used to commute to work - I live in Brighton

3    - so I would go up to London sometimes on Thameslink or whatever it

4    was. For those who remember, the rail line was disastrous for years.

5    But we never got information about what was going on from news sources,

6    we got it from social media, and it was invaluable information. It

7    allowed you to in real time work out what you were going to do. But

8    it's not news, it's information. And the quality, curated, edited

9    sources of high-quality journalism, of analysis and an opinion

10   empowered to seek the truth and to investigate and uncover hidden or

11   obscure, the kind of publish and be damned, is hugely in demise. And

12   local media, it's incredibly important, not least for two things.

13   Firstly, it builds societies. It creates a sense of community around a

14   local media source. We are really lucky in Brighton to have two local

15   papers. And reading those papers every day you actually get a sense of

16   what the community is and what's important to that community. Without

17   it, with the absence of that, if you're relying on information, you

18   don't have any of that community building and that society building

19   that is incredibly important, not least that we've seen over the last

20   18 months quite how important it is to be connected to each other. But

21   the second is also to support democracy. Local news is perhaps the most

22   powerful mechanism for holding local democratic institutions to

23   account, to work out what are the decisions that my local authority is

24   taking in my name. What are the decisions of the magistrates courts and

25   the county courts? Unless you've actually got a trusted source of local

12

Jessica Cecil, Sept. 28, 2021

1    news, you're unable to hold these institutions to account. Research

2    conducted in the US but also broadly applicable suggests that areas

3    without a local news service are also correlated with lower voting

4    rates, less community engagement, and increased borrowing by local

5    government, because they're not being held to account for what they're

6    doing.

7        So where do we go from here? We can't really roll the clock back

8    even if we wanted to. Local journalism in many respects fulfilled a

9    need supported by an operational market. People bought papers.

10   Businesses advertised in the paper in order to get their message out,

11   and it kept the paper going. And then market no longer works, so this

12   ubiquitous access to information makes a paid-for model really quite

13   challenging. And the absence of ad revenue makes a free or sub-sized

14   model equally hard. Local media fulfilled this need, providing local

15   news to local people who had no alternative means of finding it. Is

16   media an anachronism, no longer fulfilling a need? I would say

17   absolutely not. But the market is equally broken. I don't have

18   solutions, but we do think having the debate, which is why we're here

19   today, is absolutely necessary. And if something emerges that's

20   workable, we want to get behind it. And by workable, we think there are

21   some principles that are important here. The first is that news

22   organizations should be paid a fair share of the money their work

23   generates. That the value of news should probably be negotiated rather

24   than defined by news platforms. Collective bargaining is probably a

25

Jessica Cecil, Sept. 28, 2021

1   good idea, particularly for smaller news outlets so that it doesn't

2   lose out to the dominance of large platforms and media outlets.

3        [00:25:07]

4        Final offer arbitration is probably the best model that we've

5   seen to try to deliver an equitable share for everybody. Non-

6   retaliation by platforms against media. And transparency around

7   algorithms that affect the way in which news is referred, absolutely

8   fundamental to getting this right. So that's the first bit is local

9   news and the really fundamental rule that local news plays in

10  democracy.

11       But the second is cyberattack. And what we're seeing is the

12  emergence of nation state sponsored cyber threats against our

13  democratic institutions in a way that is unprecedented in history. The

14  number and sophistication of cyberattacks on our democratic

15  institutions, on the Labor party, I've seen in the last year, is

16  shocking. On the electoral commission, on a variety of different

17  organizations, this cyber threat is deeply worrying. And it's not

18  malicious actors who are out for their own means, these are nation

19  state sponsored cyberattacks, particularly from North Korea, from

20  Russia, and from China. And we're also seeing now the rise of what are

21  called private sector offensive actors. So these are effectively

22  private organizations who sell their cyber threat technology to the

23  highest bidder. And we've recently seen this with the NSA group based

24  out of Israel, and the Pegasus software that you may have seen

25  installed through various messaging platforms that allows them access

14

Jessica Cecil, Sept. 28, 2021

1    to content. And now we're also seeing the intersection of Covid and the

2    cyber threat with these threat actors specifically targeting healthcare

3    organizations. The WHO has even suffered from these organizations. So

4    there are a couple of things that we really need to do there, because

5    this is our democracy that is at threat from these cyberattacks.

6         One, we need to get much better at sharing threat information, so

7    that we can identify it fast. Two, we need to strengthen international

8    rules about the behaviors of these threat actors. Particularly

9    constraining the activities of private sector offensive actors, so that

10   they can't, as NSO group did, claim that because of international law,

11   because their technology was being used by a government, that they were

12   sheltered from prosecution. That's the kind of international action

13   that can be taken to hold these to account. And then the third is that

14   we hold nation states to account, such as much wider attribution of

15   where nation states are actually sheltering these actors and

16   sponsoring. So that's the second way in which we would agree that

17   democracy is at risk.

18        I'm conscious of time, the final point goes to Jess's point from

19   a little bit earlier about individual responsibility. And particularly

20   digital civility. We really feel very strongly. We've been tracking

21   this since 2016 in an annual poll conducted now across 32 different

22   countries around where people feel the risks to themselves are coming

23   from. We've polled children, or younger people, and adults across

24   behavioral, sexual, reputation and the kind of personal or intrusive

25   threats. The problem that we've got with this research is amongst the

15

Jessica Cecil, Sept. 28, 2021

1    32 countries that we poll, the UK is actually one of the most civil of

2    all. And I think that's shocking for everyone, actually. Because

3    discourse online is so far from civil. But it's about individuals

4    taking responsibility for their own online activities, for making sure

5    that the discourse that they have online is civil and is respectful and

6    is supportive of democratic processes. So that's the third area that we

7    think that there's more individual accountability that we'll need to

8    take. So I'll stop there, thank you.

9    HARRY: Thank you so much, I wonder how the polling of left wing

10   Twitter would go down? Probably not very well, I fear. Great. So I'm

11   going to open up now to you guys as the audience. So please do pop your

12   hand up. I'll take groups of three, and we've got a speaker at the

13   back. The gentleman just here, the lady just here, and the gentleman at

14   the back. And if you say your name and where you're from at the start

15   that would be great. Thank you.

16   [00:30:06]

17   STEPHEN KINSELLA: Thank you, my name is Stephen Kinsella. I'm a

18   board member at Hacked Off, so I'm concerned about the journalism

19   angle, but I'm also a founder of a campaign called Clean Up the

20   Internet, which is looking to raise the level of discourse online just

21   as you're explaining. We hear a lot about the need for global

22   cooperation on this. I think it's desirable but I don't think it's

23   essential, and certainly not if it means we're going to experience

24   significant delay. Because look at the UK digital market, it's such an

25   important market that if we act and legislate here, the platforms will

16

Jessica Cecil, Sept. 28, 2021

1    have to comply, and they probably won't be able to have a different

2    business model for the rest of the world, so where we lead I think they

3    will have to follow anyway. So we should be bold. We've got the Online

4    Safety Bill coming through, but I'm concerned that we're really pulling

5    our punches on that. I think there's a risk. This is a once in a

6    generation opportunity to legislate, and I don't see it going far

7    enough because the tendency seems to be to let the platforms set their

8    terms and conditions and to audit themselves and then give [PH

9    00:30:59] off com some fairly light touch regulation of them. I know

10   Chi and Joe Stevens and others are pushing hard for this, but this is a

11   government that itself set up fake websites. So let's not be too

12   confident that we can rely on them to build the trust that we need in

13   this ecosystem. Thank you.

14       HARRY: Thank you, and the lady just across from me.

15       TABORA: Hi, my name is Taborah, I'm a delegate from Hammersmith.

16   My background is actually in all of these areas, so I would say, part

17   of a startup team at a very successful news aggregator about five years

18   ago, so we were dealing with all of this. Around the time that that

19   happened with the whole proliferation of fake news, one thing I wanted

20   to ask Chi was about the problem of the bar is very, very low for

21   people in sort of elected public office to actually understand these

22   issues. I remember at the time I think it was Matt Hancock who was at

23   DCMS and he was being hailed as the tech expert within the government.

24   And I've been speaking to people, sort of editorial staff at digital

25   publications who were just shaking their head in horror. I've watched

17

Jessica Cecil, Sept. 28, 2021

1    select committee hearings and I know that elected politicians are

2    obviously trying very hard, but the actual sort of civil servants who

3    deal with this and so on, because there's an age gap, because senior

4    people tend to be of an older generation who didn't grow up with this

5    technology. When you hear them talking about Tik Tok, you can even hear

6    from their voices that they don't understand. So I'm wondering how we

7    can actually improve. We need to get sort of younger people and people

8    who actually understand the language and instinctively know what this

9    is. Because I think that information gap is also probably leading to

10    the fact that a lot of our legislation is not fit for the pace of the

11    innovation and the way the technology industry and particularly in news

12    is moving.

13       HARRY: Thank you. I've got Nadine Dorries now, so I'll let you

14    decide whether that's… Gentleman at the back.

15       CHRIS: Hi, everyone, my name is Chris from Vauxhall, thank you

16    for this interesting session. My question around is trust in democracy

17    and media which we know is at an all-time low. So the panel thing about

18    initiatives such as fact check in order to establish more reliable

19    source of information and how we can cut through to the truth. Because

20    so many people, like my auntie who is 70 years old, easily believe what

21    is disseminated in WhatsApp, which is really easy to just spread

22    around. Thank you.

23       HARRY: Fantastic, so we've got a question about regulation and

24    the degree to which the UK can be a leader. We've got a question on the

25

18

Jessica Cecil, Sept. 28, 2021

1    level of understanding in politics. And we've got a question on the

2    role of fact checks. Chi, I'll start with you.

3        CHI ONWURAH: I'll take the questions in order. I think, Stephen,

4    you're obviously – not obviously – but I do think you're absolutely

5    right that the UK can be a leader. And we should remember that the UK

6    has been a leader, and most of the European Union's communications

7    regulation was based on UK regulation which came out. And it's also I

8    think really the case that if we wait for a global regulator, as

9    someone said, we'll be waiting forever. So we need to be bold, as you

10   said, with or without Nadine Dorries. But most certainly with Nadine

11   Dorries. That is not what the Online Harms Bill is going to be. And I

12   think this is two really important things that Labor has to do here.

13   And I mean, Labor as a movement. We have to make sure that the

14   government is held responsible and accountable for the ten wasted years

15   that they have presided over us being unsafe online. They have done

16   that. Today, the supposed party of law and order have spent ten years

17   doing nothing so that we are now not safe online regardless of what

18   they are saying.

19       [00:35:05]

20       And at the same time we have to, as you said, Stephen, push to

21   make sure that the bill has the key principles in it which will help

22   safeguard people in the future. And there are tradeoffs to be made,

23   discussions to be held around tradeoffs between, if you like, sort of

24   freedom of speech or how freedom of speech needs to operate in a sort

25   of digital age where digital reach is associated with freedom of

speech. But I think we need to be raising those issues and making sure there's a debate about that. Otherwise I'm also concerned that the government is going to get away with doing this sort of very minimal, messy, incoherent – it's going to end up with lots of things added into it and it doesn't define what harm is, and they'll seem to have got online harms done like they supposedly got Brexit done. So I think we need to make sure, their accountability for what they haven't done for the last ten years, and in terms of getting at least the basic principles in play.

In terms of politicians in technology, it may surprise you, but politicians don't like to look stupid. And the challenge with technology is, A, it is complicated, but there are many complex issues in policy, but if the scene is being complicated and the scene is being…it's one of the issues that I want to challenge as shadow science ministry is it seemed to be something that people can't readily understand. And that's an issue of communication. As well as, so politicians don't want to look stupid, so they don't want to talk about things when people are going to laugh at them for getting the tech wrong. But I think you're absolutely right to say that that's what partly what the civil service is there for, isn't it, to make sure that politicians look more intelligent than they are. I think there are two big challenges. There is the fact that the civil service tends not to specialize, so an understanding, you know, it's not specialties, it's generalities. An understanding of technology is difficult to acquire. But there's also this issue of funding and resources. DCMS has been

Jessica Cecil, Sept. 28, 2021

1    cut, every department has been cut. How can you get people with the

2    right skills? We did have a world-leading government digital service

3    which attracted people with the right skills into public service to do

4    public good, but then the last sort of five years that's been really

5    sort of eviscerated. So I suppose I'm saying I think you're right, but

6    I don't think we're going to see a resolution to that unfortunately

7    again under this government, but it should attract more people into the

8    service.

9        And on misinformation. I was appalled when constituents in

10   Newcastle told me that the vaccine had the number 666 in its DNA or

11   something, and it was a sign that it was the Devil's way of bringing

12   about the apocalypse, and they found that over on WhatsApp. But my

13   concern when you have things with fact check is that you have these

14   global companies like Facebook making huge amounts of money and not

15   paying taxes, and then you get public sector organizations or NGOs

16   checking their facts for them. So whilst I do agree, I do think – and I

17   think the point Jess was making about we need to have methods,

18   processes in place of ensuring trusted news, we also need to have the

19   responsibility with the platforms. The platforms have a responsibility

20   for the harm that the misinformation they spread does. That is

21   responsibility, it's a liability, they also need to sort it out as

22   well.

23       HARRY: Fantastic. Jessica?

24       JESSICA CECIL: I think I can probably best address my remarks to

25   the last point about fact-checking. Fact-checking is fantastic in my

21

Jessica Cecil, Sept. 28, 2021

1    view. I think what's really interesting is that over the last couple of

2    years as the evident disinformation is so dangerous, you've got a

3    situation where you obviously have, as you always have had, news

4    organizations you can trust and their editorial standards mean you can

5    trust it. So that's kind of one layer.

6            [00:40:00]

7            But you've also got some really interesting ways in which news

8    organizations around the world now see it as their responsibility to

9    help their audiences, their users, to navigate a really complicated

10   information environment even if it is news or near news or

11   disinformation that's outside what they've actually published. And

12   fact-checking is part of that. So I think it's hugely to be welcomed.

13   You've got a situation, for instance, and I think AFP was one of the

14   first leaders in doing that, which is they noticed that during the

15   gilets jaunes protests, a lot of people in France were actually talking

16   amongst themselves in big Facebook groups, but they were actually

17   coming to AFP to ask whether what they heard was true or not. So in a

18   sense, that kind of set the template of fact checking being slightly

19   apart from being a conventional news provider. As she said, sometimes

20   you've got, for instance, Facebook pays for some fact-checkers. You've

21   got fact-checking within news organizations, the BBC has reality check

22   and there are many others, and there are brilliant organizations like

23   Full Fact which are great. But I think they're part of this kind of new

24   environment which is hugely to be welcomed. But it is new, and it's new

25

22

Jessica Cecil, Sept. 28, 2021

1    because it is reacting to an entirely different situation in which we

2    find ourselves.

3        HARRY: Hugh?

4        HUGH MILWARD: I can try and answer Stephen and Chris in the same

5    way. I think there is an opportunity for leadership. If you think about

6    what GDPR did, like it or loathe it, and it has provided all sorts of

7    complexities for, I mean, constituency MPs handing case work over from

8    one person to another, for example. There are a variety of different

9    ways in which it's complex. But it has defined the rules by which

10   everywhere now operates. So it's interesting that now we're looking at

11   the UK government deciding to go its own route and thinking, the bar's

12   already up there, what's the point in lowering the bar in one market,

13   because it's not going to lower it anyway. So I think there is an

14   opportunity. But I think the challenge is – and it's a very real

15   challenge – of how you address this. How do you get the balance right?

16   Because in some respects it's about who takes accountability for Donald

17   Trump's tweets? Is it the platform that allows misinformation to be

18   carried, or is it an individual, or is it…how do we work our way

19   through that. Encryption is another example, it's really hard. So we

20   have the information commissioner's office concerned about privacy and

21   requiring more platforms to introduce higher levels of encryption,

22   particularly end to end encryption, in order to protect the privacy of

23   individuals and their private communications. While at the same time

24   the Home Office is encouraging us not to go down that route and to have

25   less. So the debate is really taking place within the organizations

Jessica Cecil, Sept. 28, 2021

1    that should know about this, and actually can't reach a decision about

2    which way to go, and who is going to take accountability and who is

3    going to make these decisions? Should it be a platform making a

4    decision, or should it be the government, or do we really want the

5    individual platforms to have more power to make decisions about what

6    can or can't be carried. But then on the other hand, do we also want

7    governments to have more power about what…so it's a really difficult

8    one.

9        On Tabora's point, the reason why so many of these organizations,

10    and the potential regulators that we've got in the space are Ofcom,

11    ICO, Competition in Markets Authority, and there will be more as well.

12        CHI ONWURAH: [INDISCERNIBLE 00:44:01] Standards…

13        HUGH MILWARD: Exactly. So there are a number of these. And to

14    your point, we are not convinced…at ministerial level I think we accept

15    that there is a low level of understanding of this. But are these

16    organizations sufficiently equipped to be able to navigate a way

17    through this? And I agree with Chi, actually there's a sort of learned

18    helplessness in many respects. Because a lot of it is not complicated,

19    it just feels way too… And actually we're dealing in many respects not

20    with technology, we're dealing with ethical, moral issues, about how we

21    want to interact in a society with technology. How do we want to use

22    it. And that's not about the way technology operates, it's about how do

23    we define rules that are settled governance between society and

24    technology. There's a principle that we try to operate with within

25    Microsoft which is called a growth mindset.

Jessica Cecil, Sept. 28, 2021

1      [00:45:00]

2      Which is this idea that you don't have the answers and that you

3  seek to understand more and you're always learning. I do think that

4  that kind of principle within parts of the body politic more broadly

5  would also be extremely helpful, because it would encourage this

6  inquisitiveness to find out a little bit more about some of these

7  issues underneath.

8      HARRY: I'm going to come out for questions in a minute, but I

9  just wanted to ask very briefly, Jessica, whether you feel optimistic

10  about global cooperation? Because in lots of areas of public life, and

11  we've got coming up the latest test of it, we're not feeling that

12  optimistic about global cooperation. Do you think there's a potential

13  on this issue?

14      JESSICA CECIL: Absolutely I do, because I think supporting

15  democracy is too important not to. I think it's about precision on very

16  specific things. It's not about kind of big woolly, big tents, but it's

17  about really specific things. And I do because I think there's no

18  alternative.

19      HARRY: Fantastic. We'll take another round of questions, so who

20  would like to come in at this point? We've got the gentleman on the

21  left here, the lady at the back in the very nice yellow coat, and the

22  gentleman just here.

23      PETER: My name is Peter and I'm a Labor Party member. The common

24  theme that you've all mentioned was this need for individual

25  responsibility, either the corporation or the individual making some

1    remark or doing something. And it struck me that the reason we're civil

2    to each other, at least in part, in ordinary life, is the fact that

3    we're known and identifiable. And that brought me back to things that

4    Hugh was saying about signatures, he mentioned Deep Fakes and false

5    news. So considering that best software engineers in the world probably

6    work for these cloud companies like Microsoft and the Twitters and the

7    Facebooks and all the rest of it, improving something about the way I

8    can authenticate my post with my digital signature so it just makes it

9    extraordinarily difficult for anybody else to misrepresent me. Like you

10   were saying about the BBC. And I can easily recognize who's saying, I

11   might not know their address but I know them, because that's that

12   signature. Something like that, that was it.

13       FEMALE: My question is, do you see any positive point about

14   technology to promote democracy? For example, as Russian descendants

15   used Telegram to organize themselves. Obviously weeks ago Telegram,

16   they give out their details eventually. But for years, descendants in

17   all the globe managed to use decrypted messages to communicate with

18   each other like in Hong Kong, in Myanmar etcetera. So do you see any

19   positive point on technology?

20       HARRY: Great, and the gentleman just here?

21       CHRIS:  Hi, my name is Chris and I'm here from the Buckingham

22   Constituency Party. Again on personal responsibility. I believe the

23   Finnish government has a great public awareness, and the last 18 months

24   people have learned a lot. We've seen that the public can understand

25   quite complex things around the Covid pandemic and changed their

Jessica Cecil, Sept. 28, 2021

1    mindsets and learn and adapt. Should we not be looking at some public

2    education starting potentially from schools and rolling that out and

3    being a wider communications platform so that people actually learn

4    about how to keep themselves safe online, how to understand where fake

5    news might come from. Because people that work in tech, people who have

6    background, people who do this instinctively know, as has been said

7    several times, it's not difficult, it's just a case of people think

8    it's difficult. So is there something more we should be doing on that

9    level.

10       HARRY: Thank you very much. And I'm going to abuse my position as

11   chair to ask a fourth, which is about Facebook's oversight board and

12   the degree to which we are hopeful or concerned about that, and what

13   the alternatives might be for kind of new forms of regulation. So we've

14   got four questions. Can we make people known and identifiable on the

15   web? The positive potential of technology. And personal responsibility.

16   And then Facebook's oversight board. Chi? You're still typing, shall I

17   come to you in a second?

18       HUGH MILWARD: I'm happy to go if you want. Peter, I think your

19   question is super interesting. We have rejected ID cards.

20       [00:50:00]

21       And that's as a principle. So requiring people to authenticate

22   online, when we don't authenticate offline, we have no offline

23   verifiable identity, is really hard. And I think it's less about the

24   technology. Because I think the technology can do this. So Xbox, we

25   make a lot of effort to make sure that people are, not identifiable on

Jessica Cecil, Sept. 28, 2021

1    Xbox, because that's a privacy concern, but a credit card is used for

2    various kind of verification purposes. We have two-factor

3    authentication on your Microsoft account, those kind of things. So

4    we're making efforts to try and make sure that that is the case. But a

5    credit card can be bought for as little as £15 on the web. So if people

6    are really determined, then they can do this quite easily. And so

7    again, it's not a technology issue, it's a moral, ethical issue about

8    how do we think about identity in the world in which we're living. And

9    I think that's something that is very much up for debate. And if the UK

10   decides that it does want to go down the route of identity, that's a

11   relatively easy thing to do to transpose that into the digital

12   environment.

13       The question about the positive impact of technology. I think I

14   may have come across as being overly negative. I'm a fan of technology.

15   I think the way in which it connects people with ideas, and it empowers

16   people who would otherwise be voiceless, and connects communities

17   together, is incredibly powerful, as a means of organizing, as a means

18   of… I think the story that Twitter and Facebook use to justify or to

19   back up a lot of their positions was the use of social media for the

20   big changes across the Middle East including Egypt, the Arab Spring,

21   which actually didn't fulfil the promise of it. But again it was the

22   mechanism by which people associated and organized, which then relied

23   on anonymity online. And so you've got again this problem about

24   identity online and anonymity. And if social media can be used for a

25

28

Jessica Cecil, Sept. 28, 2021

1    positive effect of democracy, then do you need to improve the anonymity

2    online rather than…

3        Chris, on schools, my only worry is that we put so much on the

4    shoulders of teachers already. But it seems to be an obvious place in

5    which you have a lot of interaction, and it's also necessary. I think

6    parents also, we teach our children to cross a road safely, and

7    actually if we can try and inculcate this idea that in the same way

8    that we teach our children to be safe on the road, that we teach them

9    to be safe online. But then we provide the necessary means of doing so,

10   and there's a lot of work that's taking place on that. We have our own

11   materials and information that we provide, but again, if we can

12   collaborate a little bit more on this kind of thing rather than compete

13   on it, then I think we can make some more progress.

14       I'm not going to comment on your question, I think it's unfair of

15   me to make a comment on someone who's not here, from one platform to

16   another, if that's okay.

17       HARRY: Absolutely fine, Jessica over to you.

18       JESSICA CECIL: I'm not sure I've got a lot to add on the point

19   about…you're actually right, Peter, of course the more we all have to

20   take our own responsibility, but whether you can authenticate and

21   indeed when you look at the way in which Telegram supports democracy

22   around the world, whether you want to, is a really, really difficult

23   question. I'm not sure I've got an awful lot to add on that. But I am a

24   huge optimist about technology. I think if you look at Navalny at the

25   moment in Russia and his anti-corruption drive, that absolutely happens

Jessica Cecil, Sept. 28, 2021

1    because of social media and what it can do, and that is fantastically

2    important. And we would know nothing about it otherwise. And so the

3    nature of what we're talking about is because social media is post-

4    moderated. In other words, you put it up and then somebody works out

5    what to do about it, and that's what allows us to know about things

6    that people don't want you to know about. Myanmar is also another

7    really recent example where incredibly important voices for democracy

8    wouldn't otherwise be heard.

9        [00:55:05]

10       Chris, absolutely, completely – we should be cooperating on media

11   education for children. But I think the point I was trying to make is

12   that you've got to think very differently about what you say to

13   children and how you build critical thinking into what they do, parents

14   do, schools do. And you make an extension of the kind of critical

15   thinking that we teach children anyway. You've also got to think in an

16   entirely different way about older audiences who come across

17   disinformation with a whole lot of baggage about who to trust and who

18   not to trust. And they're kind of different kind of problems. So I

19   think as well as having a roadmap that doesn't have various resources

20   competing against each other, we also need to think about the needs of

21   very, very particular groups in very different ways. So you've got some

22   really interesting, for older people, there's an organization called

23   Maldita in Spain, which is looking at crowdsourcing tips on WhatsApp of

24   disinformation, and sharing the learnings with people, and trying to

25   use a much more peer-to-peer model. But obviously that's entirely

30

Jessica Cecil, Sept. 28, 2021

1    different from what you're talking about with young children. So huge

2    amounts of thought needs to be done on that.

3        The Facebook Oversight Board, it's a work in progress. Let's see

4    where we get to. Clearly its remit is being talked about at the moment.

5    And it deals with one platform. And clearly what I've been talking

6    about is actually cooperation across platforms as well. But anything

7    that looks at the settled governments between technology and society,

8    the more discussion about that the better.

9        HARRY: I was really impressed, actually, listening to Nick Clegg

10   recently saying it was a positive step forward but they'd rather it be

11   regulated across platforms, they don't want to have to do it

12   themselves, for lots of reasons. So interesting to see where that goes.

13   Chi, over to you.

14       CHI ONWURAH: Great. I think it's really important that we talk

15   about identity, I think that addresses two of the questions raised. But

16   Peter, I thought when you were asking about an easily recognized

17   signature, was that for individuals or was that for organizations like

18   the BBC or for both? Because I think verifying content, it's both of

19   those questions. I know for example, Twitter has it's tick for the BBC

20   etcetera. Others the potential for legislation to criminalize sort of

21   faking organizations, we have that with websites etcetera, and I know

22   that Adobe is working on a ways of sort of a digital signature on

23   photographs etcetera to show whether or not they have been faked. So I

24   think there are ways in which technology can help when it comes to

25   organizations. I think the fundamental question though of identity and

31

1    identifying people online is something that's at the heart of the sort

2    of moral and value questions that we face around digital. And I'd say,

3    Hugh, I agree with you that there are tradeoffs to be made and to be

4    thought about but I don't think that we have…we do have forms of

5    identity offline, we have a range of identity. We don't have a national

6    identity card, but we have credit cards, we have passports. If you want

7    to open a bank account, my gosh, you need to have a lot of identity. If

8    you want to order something over Uber Eats or something, you need a

9    credit card. There's a spectrum of ID. So I believe that's what we

10   should be looking at online as well. Because I think the right to

11   anonymity is really important and it's important when we talk about the

12   Arab Spring, and when we talk about those who want to express

13   themselves online, but who because of their sexual orientation, or

14   because of their religion or for whatever reason might not want to be

15   identified, it's important to retain that right. But it's also

16   important…that doesn't necessarily mean that you then have a right to

17   be in everybody's Twitter stream or Facebook stream. I should have the

18   right also to be able to choose whether or not I see anonymous posts,

19   for example. And also, we need a right to have an online identity.

20        [01:00:00]

21        And again, there was an initiative on online identity, Verify,

22   but the government messed it up, for a number of reasons. But one very

23   important reason, because technology is not political in a way, but the

24   way in which we use technology and implement it is. The government

25   wanted it to be entirely free market. So Experian and others were going

Jessica Cecil, Sept. 28, 2021

1    to verify your identity for you, and it ended up not working – it

2    didn't work for a number of reasons, but including the ones that, yeah,

3    there weren't really incentives for private sector operators to come

4    into an identity market that wasn't set up. And also people, including

5    myself, I want my identity verified by the public sector. I don't want

6    to have to have a credit rating to have my identity verified thank you

7    very much. So this is again where ideology, particularly free market

8    ideology, has put us in a more backward place to which we'd otherwise

9    be. So I think we need to be able to offer people the right to have an

10   identity that is not the same as the requirement to have an identity

11   online, and I do think that can be done in technology terms as long as

12   people don't question a free market ideology. Technology I think is an

13   engine of progress and it can be an engine of political progress, and

14   we saw that during the Arab Spring.

15        I do want to issue a word of sort of warning though, and this

16   comes to the other point about digital literacy. Those who are offline

17   do not get the benefits. And let us remember that 10% of people in this

18   country are still offline. And one of the – here I go again if you like

19   – one of the critical failings of this government has been to abandon

20   any kind of digital inclusion strategy. And to have digital literacy,

21   first you need to have digital inclusion. And digital inclusion is

22   again, it's a journey. You start by getting online and then you can

23   move up the skills level. And so not having a digital inclusion

24   strategy, not having ways… I agree that it's obviously, partially it is

25   parental responsibility, it can be done at schools, but it should also

Jessica Cecil, Sept. 28, 2021

1   be done and seen as something that is a requirement of being a digital

2   citizen, and we're all digital citizens, is to be able to negotiate the

3   digital world and people need to be supported and helped to do that,

4   and unfortunately that's not happening. So yes, I know the point that

5   was made that schools do an awful lot of things already, but this is

6   like being able to tick a box, this is like basic literacy, this is

7   like being able to vote. So I think that's really important.

8        And finally, Facebook Oversight Board. Well, I was recently

9   written to by somebody acting on behalf of the Facebook Oversight Board

10  who asked me if I was willing to do a research interview to share my

11  expertise and understanding of these issues with the Facebook Oversight

12  Board. And I will say to do that I gave them what was not a very

13  pleasant response. Because firstly, Mark Zuckerberg had the opportunity

14  to come before our Digital Select Committee and find out the views of

15  parliament on Facebook, and he refused that, and he still is refusing

16  that. The oversight of Facebook is not simply a matter for Facebook

17  Oversight Board. Secondly, as I've said, I don't believe self-

18  regulation is working and Facebook can't and shouldn't only be

19  accountable to themselves. And I'd also add with regard to Nick Clegg,

20  he was the Deputy Prime Minister when the foundations for our current

21  mess were laid, so in terms of what he's doing now to oversee Facebook

22  making progress when it comes to some of these difficult and

23  challenging issues, he has a responsibility for them and I don't think

24  Facebook is the right place to resolve them.

25

Jessica Cecil, Sept. 28, 2021

1    HARRY: Fantastic. I'm going to take one more round of questions

2    and then we're going to wrap up. So this is your last chance to

3    question our amazing panel. Gentleman just here. Anybody else wanting

4    to come in at this point? Gentleman behind. I've got two questions.

5    MALE: In 2016 there was a census in Australia that was done

6    online and it just caused a complete collapse of government websites.

7    And then we've seen more recently in the US the attack on the voting

8    machines. Is this the end of the digitalization of democracy around the

9    world?

10    [01:05:10]

11    HARRY: Great question.

12    STEPHEN KINSELLA: I mentioned our campaign, Clean Up the

13    Internet, and one of the proposals we're making at the moment is

14    responding to Peter's point, really, which is to say we don't believe

15    in compelling people to be identified, but certainly everyone should be

16    allowed to be verified if they want to, and the platform should enable

17    that verification in a safe and secure way. And there are good

18    solutions out there that don't involve us giving our data to the

19    platform so that they can then monetize and target us with further ads.

20    But the advantage would be that those who were verified, so let's say

21    we'd all have a tick, you could then see who was verified, and our

22    proposal is, you should be able then to choose. "I choose not to

23    interact with people who have not gone to the problem of verifying

24    themselves. That's their free choice, they'll still be able to express

25    their views; I may not see them."

35

Jessica Cecil, Sept. 28, 2021

1   HARRY: Anybody else before we wrap up? Over to the panel. I'm

2   going to come to you last, Chi, and start on this side.

3   HUGH MILWARD: That second one, I don't know if you've talked to

4   any of the social media platforms about it –

5   STEPHEN KINSELLA: We try.

6   HUGH MILWARD: The social media platform that we operate is one

7   where everyone is desperate to identify, it's LinkedIn, so we wouldn't

8   have the same kind of problem. But I do think that it's an interesting

9   idea, to Chi's point earlier about the Twitter tick. I think it's a

10  really interesting idea, one that I think I could… Good luck with

11  conversations that you're going to have on that. I'm in conversations

12  on that as well. But I think that's right, it's the right to provide

13  and see rather than the requirement for identity.

14  The end of digitization of democracy – I look back at some of our

15  recent elections and I really am thankful that quite so much of it is

16  analog. Particularly when we were talking a little earlier about the

17  cyber threat to democratic institutions and what the potential for that

18  really opens up. I think there are parts of the process that could be

19  digitized. I do think that we need to be really clear about how far

20  we're prepared to go on that in an environment where – again, to come

21  back to my point – that our democracy is under more and more threat in

22  an online environment.

23  HARRY: Sorry, I will come to you next, Jessica, but the one bit

24  that I think we really need to go to digitally is parliament. And the

25  fact that there was this whole debate during Covid about whether people

36

Jessica Cecil, Sept. 28, 2021

1    could contribute to parliamentary debate without being in there. And

2    I'm thinking of parents as well. It's just unbelievably ridiculous that

3    we still haven't managed to get to [PH 01:08:19] those.

4        FEMALE: Or vote.

5        HARRY: Or vote, indeed, exactly. Or vote, exactly, it's

6    unbelievable.

7        HUGH MILWARD: Or people who were sheltering because of illness or

8    for a whole variety of reasons, I think that's exactly right.

9        HARRY: You've got parents there with a vote at nine, ten o'clock

10   in the evening and their kids are running around it's just a joke,

11   isn't it. Jessica, over to you.

12       JESSICA CECIL: Have we come to the end of digitizing democracy?

13   Well, clearly we haven't, as we've discussed. But I think we do have to

14   ask ourselves, where would making democratic processes more digital

15   create a vulnerability? Because there are an awful lot of bad actors

16   there. And almost before we do anything, in increasing the digital

17   presence in democracy we have to ask ourselves that question. Because I

18   think what's extraordinary, as we've heard, is the ingenuity of bad

19   state actors out there, and ignore that at your peril. So that's a

20   framework for thinking about where it can go and where it can't go.

21       Allowing ourselves to be identified, I think that's a really

22   interesting framework. I haven't quite thought about it like that. I

23   think it's fascinating. I'm not sure I've got an awful lot to add.

24       Just to pick up one point which Chi was making, which is really

25   interesting, which is that organizations are looking at the

37

Jessica Cecil, Sept. 28, 2021

1    verification of media. Obviously it's a slightly different thing. But

2    the idea that there is – and Microsoft, BBC and various others are

3    working on this – that you have a circle fragile watermark that you put

4    on media as it leaves the originating organization.

5        [01:10:02]

6        And then when it comes to being published online you can work out

7    whether that watermark has been tampered with. And in a sense, that's

8    the methodology to deal with deep fakes. Because you can't look at a

9    deep fake and say it is a deep fake, that's impossible. What you can do

10   is look at its provenance. But what that relies on is international

11   standards, international cooperation, and broad adoption. These are

12   complicated, difficult, precision engineering works, but I think that's

13   what we need to do.

14       HARRY: Were you signaling me?

15       HUGH MILWARD: I just want to come in on a point that Jess made,

16   which I think is so valuable. Which is this how do we think about the

17   consequences of technology adoption at the point at which we're

18   developing the technology rather than as a retrofit. If you go back to

19   the Luddites, and this is not meant to be a history lesson, but when

20   you go back to the Luddite movement, there was never any sense that

21   those who were responsible for developing technology that mechanized

22   the looms had any responsibility for the consequences of the adoption

23   of that technology. But then we move forward to the internal combustion

24   engine, and you're beginning to see retrofitting but not too far, the

25   introduction of safety features, for example, seatbelts, and things

38

Jessica Cecil, Sept. 28, 2021

1    like that. Then we get to where we are with social media and I think

2    there are negative consequences of social media but were not

3    necessarily envisioned at the time in which social media was developed.

4    But I think the point we're at now is with nascent and developing

5    artificial intelligence. We as a society I think have an opportunity to

6    think much more carefully about what the consequences of some of the

7    developments of technology will actually look like, and to spend a

8    considerable amount, whether or not the Facebook Oversight Committee

9    operates effectively or not, actually the attempt to try to understand

10   what could the consequence of a technology adoption be before it's

11   actually widely adopted and try to solve for that at the point at which

12   it's being developed I think is hugely welcome and very, very positive.

13          HARRY: Chi, over to you to wrap up today's conversation.

14          CHI ONWURAH: Just on that last point which is about ethics and

15   engineering. I studied at Imperial, a long time ago now, 25 years ago

16   now, but I think that it's really important that we recognize that

17   there is an ethical dimension to engineering. There's an ethical

18   dimension to technology implementation, and engineers need to be aware

19   of that. You describe very well, Hugh, kind of the evolution of the

20   role of technology in our lives, from automating looms to now being

21   something that I have three digital devices just myself. So given the

22   role that engineering and technology plays in all our lives, it's right

23   that the ethical dimension should be recognized. And just as doctors

24   take a vow to do no harm, engineers should at least think about the

25   harm that they may be enabling.

39

Jessica Cecil, Sept. 28, 2021

1    These have been fantastic questions again. Stephen, I think you

2    and I agree. I agree that there should be a right to identity and you

3    should be able to exclude those who do not want to identify themselves.

4        When it comes to the end of digitization of democracy, I think

5    the short answer is no, because I think it will be tried and improved

6    in a way. As I said, technology isn't something that happens to us. We

7    shape it. And the challenge here I think is some of these

8    digitalizations are seen as short term – not short term but ways in

9    which either to reduce costs or effectively to reduce costs either by

10    cutting the costs or by accessing more people for less costs. And

11    whereas really there needs to be – and this is about the design

12    framework – it needs to be really understood what the best way of

13    engaging with people through digital is. The issue of cybersecurity

14    though is huge. We are vulnerable as many systems are, in cyber terms,

15    I mean, our critical national democratic infrastructure needs to be

16    protected from the potential of cyber attack. But I also would like to

17    say on this that we are seeing public services being digitized all the

18    time, and they're being digitized incrementally, and they're almost

19    always being digitalized to save money, not to enable and empower

20    people.

21        [01:15:04]

22        And that for me, that is a form of anti-democratic

23    digitalization. As long as we have digital exclusion, if you're

24    digitizing democratic or public services without having everybody

25

40

Jessica Cecil, Sept. 28, 2021

1   included, then you're going back effectively to a form of like rotten

2   boroughs in 19th century democracy. And that isn't acceptable.

3       And finally then on digital parliament, because I led the

4   campaign to digitalize parliament. It was just after lockdown, the last

5   day of parliament before lockdown. And again, this shows in some ways

6   the intersection of ideology and technology, because everyone sort of

7   thought that it would be really – it was really difficult and people

8   thought that the barrier would be the sort of Hansard, or the Erskine

9   May, or the people working in parliament. Actually, all those problems

10  were solved. It took lots of meetings, lots of discussions, we looked

11  at what happened in Brazil and other countries with technologies, all

12  those problems were solved. The issue, actually, and the reason why

13  we're no longer doing it is because the leader of the house, Jacob

14  Rees-Mogg, wants things physical, basically. He was obliged to enable

15  it to be digital, or what we call hybrid for a while, partially because

16  here there were MPs who could not leave the home.

17      HARRY: [INDISCERNIBLE 01:16:32] was very vocal about it.

18      CHI ONWURAH: Yes, you know, and the reason why we went back 6

19  September to a fully physical parliament is to send a message that the

20  pandemic was over and we should be getting back to normal. So again and

21  again, the understanding of technology is really important, but

22  technology is actually not the biggest issue. The biggest issue is the

23  politics and the values that shape how it's used.

24      HUGH MILWARD: It's cultural.

25

41

Jessica Cecil, Sept. 28, 2021

1          HARRY: Fantastic. Well, I said as an ambition at the start of the

2     session to have a nuanced practical debate about this, and I think

3     we've thoroughly lived up to that. And thanks first of all to our

4     panelists, to Chi, to Jessica and to Hugh, and of course to you as the

5     audience. So thank you for your time today. I hope you've enjoyed it

6     and I hope you enjoy the rest of the conference.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



TRANSPERFECT

I, Anders Nelson, hereby certify that "Jessica Cecil, Sept. 28, 2021" is, to the best of my knowledge and belief, a true and accurate transcription in English.

Anders Nelson
Project Manager

April 14, 2023