IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE,<br><br>*Plaintiffs,*<br>v.<br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC.,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

The Court, having considered Defendants' Motion to Dismiss, and the brief in support of the Motion, hereby rules and orders as follows:

IT IS HEREBY ORDERED that both counts—Count 1 for a per se violation of the Sherman Act and Count 2 for a rule of reason violation of the Sherman Act—of Plaintiffs' Complaint (ECF No. 1) be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____     By: _____
                                        Hon. Terry A. Doughty
                                        United States District Judge