IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, & JEFF CROUERE, <br><br> *Plaintiffs,* <br><br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., <br><br> *Defendants.* | Civil Action No. 23-cv-2735 TJK <br><br> Judge Timothy J. Kelly |

**JOINT MOTION FOR SUPPLEMENTAL BRIEFING SCHEDULE**

    1. On May 31, 2023, Plaintiffs filed the Complaint in this action in the Western District of Louisiana, alleging that Defendants are engaged in a collusive group boycott in violation of the Sherman Act. (ECF No. 1.) On July 11, 2023, all Defendants filed a collective motion to dismiss for failure to state a claim under Fed. R. Civ. P. ("Rule") 12(b)(6). (ECF No. 41). In addition, Defendant the British Broadcasting Corporation ("BBC") filed a motion to dismiss for lack of personal jurisdiction under Rule 12(b)(2) (ECF No. 39), and all Defendants filed or joined in a motion to transfer under 28 U.S.C. § 1404(a). (ECF No. 42). On August 15, 2023, Plaintiffs filed a motion for jurisdictional discovery solely in connection with the BBC's motion. (ECF No. 54).

    2. On September 20, 2023, the United States District Court for the Western District of Louisiana granted Defendants' motion to transfer and ordered that the case be transferred to the United States District Court for the District of Columbia. (ECF Nos. 77, 78.)

1

3. Plaintiffs and Defendant the BBC agree that by operation of such transfer, both the BBC's motion to dismiss for lack of personal jurisdiction and Plaintiffs' motion for jurisdictional discovery are now moot. (ECF Nos. 39, 54.) Accordingly, only Defendants' Rule 12(b)(6) motion remains operative. (ECF No. 41.) At the time the case was transferred, the Parties briefed Defendants' Rule 12(b)(6); in addition to Plaintiffs' opposition brief, an amicus brief in opposition had been filed by the State of Louisiana, and a response thereto had been filed by Defendants. (ECF Nos. 41, 51, 60, 62, 73.)

4. Because the case has now been transferred to this Court, all Parties agree that supplemental briefing may be helpful to the Court. Therefore, the Parties hereby jointly request the following schedule and page limits for supplemental briefs to be filed in connection with Defendants' pending Rule 12(b)(6) motion to dismiss:

    A. Defendants may submit a supplemental brief in support of their pending Rule 12(b)(6) motion within twenty-one (21) days after entry of the [Proposed] Order. Such brief shall be limited to 15 double-spaced pages.

    B. Plaintiffs may submit a supplemental brief in opposition to the pending Rule 12(b)(6) motion within twenty-eight (28)[1] days of the filing of Defendants' supplemental brief. Such brief shall be limited to 15 double-spaced pages.

    C. Defendants may submit a supplemental reply brief within twenty-one (21)[2] days of the filing of Plaintiffs' supplemental brief in opposition. Such brief shall be limited to 5 double-spaced pages.

5. Pursuant to LCvR 47(f), Plaintiffs hereby request oral argument in connection with Defendants' Rule 12(b)(6) motion.

---

[1] The extra week accounts for the Thanksgiving holiday which falls during the time allotted for Plaintiffs to prepare their supplemental brief.

[2] The extra week accounts for the Christmas and New Year's holidays which fall during the time allotted for Defendants to prepare the supplemental reply brief.

Dated: October 31, 2023

<div style="display: flex;">

<div>

*/s/ Kim E. Richman*
Kim E. Richman
**Richman Law & Policy**
1 Bridge Street, Suite 83
Irvington, NY 10533
T: 212-687-8291
krichman@richmanlawpolicy.com

*Attorney for Plaintiffs*

</div>

<div>

Respectfully submitted,

*/s/ John E. Schmidtlein*
John E. Schmidtlein (#441261)
Thomas G. Hentoff ( #438394)
Nicholas G. Gamse (#1018297)
Kathryn E. Garza (application forthcoming)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000; Fax: (202) 434-5029
jschmidtlein@wc.com
thentoff@wc.com
ngamse@wc.com
kgarza@wc.com

*Attorneys for Defendant WP Co. LLC d/b/a The Washington Post*

*/s/ Leslie E. John*
Leslie E. John (*pro hac vice*)
Elizabeth P. Weissert (*pro hac vice*)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500; Fax: (215) 864-8999
johnl@ballardspahr.com
weisserte@ballardspahr.com

Jay Ward Brown (#1020910)
Ballard Spahr LLP
1909 K Street N.W., 12th Floor
Washington, DC 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
brownjay@ballardspahr.com

*Attorneys for Defendant The Associated Press*

</div>

</div>

/s/ *Edward B. Schwartz*
Edward B. Schwartz (#429690)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000, East Tower
Washington, DC, 20005
Tel: (202) 414-9200
eschwartz@reedsmith.com

Michelle A. Mantine
(*pro hac vice* forthcoming)
Reed Smith LLP
Reed Smith Centre, 225
Fifth Avenue
Pittsburgh, PA, 15222 Tel: (412) 288-3131
mmantine@reedsmith.com

Casey J. Olbrantz
(*pro hac vice* forthcoming)
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 521-5400
colbrantz@reedsmith.com

*Attorneys for Defendant The British Broadcasting Corporation*


/s/ *Jeffrey C. Bank*
Jeffrey C. Bank (#1697743)
Allison B. Smith (*pro hac vice*)
Wilson Sonsini Goodrich & Rosati
1700 K Street, N.W., 5th Floor
Washington, DC 20006
Tel: (202) 973-8800; Fax: (202) 973-8899
jbank@wsgr.com
allison.smith@wsgr.com

*Attorneys for Defendant Reuters News & Media Inc.*

4

## CERTIFICATE OF SERVICE

     I hereby certify that on October 31, 2023, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

Dated:  October 31, 2023                    By:   */s/ Kim E. Richman*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, & JEFF CROUERE,<br><br>        *Plaintiffs*,<br>v.<br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC.,<br><br>        *Defendants*. | Civil Action No. 23-cv-2735 TJK<br><br>Judge Timothy J. Kelly |

**[PROPOSED] ORDER SETTING SUPPLEMENTAL BRIEFING SCHEDULE**

The Court, having considered the Parties' Joint Motion for Supplemental Briefing Schedule, as well as the docket on file in this case, hereby rules and orders as follows:

FOR GOOD CAUSE SHOWN, and upon joint motion of the Parties, IT IS HEREBY ORDERED that the following schedule shall govern:

1. The deadline for all Defendants to file one supplemental brief in support of their Fed. R. Civ. P. 12(b)(6) motion shall be twenty-one (21) days from entry of this Order. Such brief shall not exceed 15 double-spaced pages.

2. The deadline for all Plaintiffs to file one supplemental brief in opposition to Defendants' Rule 12(b)(6) motion shall be twenty-eight (28) days from filing of Defendants' supplemental brief. Plaintiffs' brief shall not exceed 15 double-spaced pages.

3.  The deadline for all Defendants to file one supplemental reply brief shall be twenty-one (21) days after the filing of Plaintiffs' supplemental brief. Such reply brief shall not exceed 5 double-spaced pages.

4.  Additionally, by agreement of the Parties, and for the reasons stated in the transfer order itself (ECF No. 77), Defendant BBC's Rule 12(b)(2) motion (ECF No. 39) is hereby DENIED as moot. Plaintiffs' alternative motion for jurisdictional discovery filed in connection solely with the BBC's motion (ECF No. 54) is also hereby DENIED as moot.

5.  This Order disposes of ECF Nos. 39, 53, 54, 57, 69, 74, 76.

    IT IS SO ORDERED.

Dated:                                              _____
                                                    THE HONORABLE TIMOTHY J. KELLY
                                                    UNITED STATES DISTRICT JUDGE