# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, & JEFF CROUERE, <br><br> *Plaintiffs,* <br><br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., <br><br> *Defendants*. | Civil Action No. 23-cv-2735 TJK <br><br> Judge Timothy J. Kelly |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that attorney Robert F. Kennedy, Jr., of the law firm Kennedy & Madonna, LLP, hereby enters an appearance as counsel for Plaintiff Children's Health Defense ("CHD") in the above-referenced action. Please serve said counsel with all pleadings, discovery, and notices in this action to Mr. Kennedy as follows:

Robert F. Kennedy, Jr.
**Kennedy & Madonna, LLP**
48 Dewitt Mills Rd.
Hurley, NY 12433
Tel: (845) 481-2622
rfk1954@gmail.com

Dated: January 19, 2024                                  Respectfully submitted,

                                                         */s/ Robert F. Kennedy, Jr.*
                                                         Robert F. Kennedy, Jr. (*Pro Hac Vice*)
                                                         **Kennedy & Madonna, LLP**
                                                         48 Dewitt Mills Rd.
                                                         Hurley, NY 12433
                                                         Tel: (845) 481-2622
                                                         rfk1954@gmail.com

                                                         *Attorney for Plaintiff CHD*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the above document with the Clerk of the Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                 By:   */s/ Robert F. Kennedy, Jr.*
                                         Robert F. Kennedy, Jr.