# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br> Plaintiffs, <br><br> v. <br><br> WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS & MEDIA INC., <br><br> Defendants. | Civil Action No. 1:23-cv-2735-TJK <br><br> Assigned to: <br> Hon. Timothy J. Kelly <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT in accordance with LCR Rule 83.6(b) Amara Conteh, admitted, *pro hac vice* in this action at ECF No. 111, hereby withdraws her appearance as counsel of record for Defendant Reuters News & Media Inc. ("Reuters"). Ms. Conteh should be removed from the Court's service list with respect to this action. Wilson Sonsini Goodrich & Rosati, P.C. continues to represent Reuters in this matter.

Dated: September 5, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:_____

Jeffrey C. Bank
1700 K Street NW
Fifth Floor
212-497-7761
Email: jbank@wsgr.com

*Attorneys for Defendant Reuters News & Media Inc.*

Consented to:

Reuters News & Media Inc.

_____
By:      Christopher G. Lee
Title:    Associate General Counsel
Date:    September 5, 2024

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that on September 3, 2024, a notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.

Dated: September 5, 2024

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:_____

Jeffrey C. Bank
1700 K Street NW
Fifth Floor
212-497-7761
Email: jbank@wsgr.com

*Attorneys for Defendant Reuters News & Media Inc.*