IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE,<br><br>Plaintiffs,<br><br>v.<br><br>WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS & MEDIA INC.,<br><br>Defendants. | Civil Action No. 1:23-cv-2735-TJK<br>Hon. Timothy J. Kelly<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT in accordance with LCR Rule 83.6(b) Robert F. Kennedy, Jr. from Kennedy Madonna, admitted, *pro hac vice* in this action on January 17, 2024, hereby withdraws his appearance as counsel of record for Plaintiff Children's Health Defense ("CHD"). Mr. Kennedy should be removed from the Court's service list with respect to this action. CHD continues to be represented in this matter by attorneys from JW Howard Attorneys, Richman Law & Policy, and attorneys Jed Rubenfeld and Roger Ian Teich.

Dated: January 24, 2025                               Respectfully submitted,

                                                      */s/ Robert F. Kennedy Jr.*
                                                      Robert F. Kennedy, Jr. (*Pro Hac Vice*)
                                                      **KENNEDY & MADONNA, LLP**
                                                      48 Dewitt Mills Rd.
                                                      Hurley, NY 12433
                                                      Tel: (845) 481-2622
                                                      rfk1954@gmail.com

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that on January 24, 2025, a notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.

Dated: January 24, 2025                               Respectfully submitted,

                                                      */s/ Robert F. Kennedy Jr.*
                                                      Robert F. Kennedy, Jr. (*Pro Hac Vice*)
                                                      **KENNEDY & MADONNA, LLP**
                                                      48 Dewitt Mills Rd.
                                                      Hurley, NY 12433
                                                      Tel: (845) 481-2622
                                                      rfk1954@gmail.com