# JED RUBENFELD

July 7, 2026

The Honorable Timothy J. Kelly
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, DC  20001

> RE:    Children's Health Defense et al, Plaintiffs, v.
> WP Co. et al., Defendants
> Civil Action No. 23-2735 (TJK)

Dear Judge Kelly,

This letter is respectfully submitted by Plaintiffs in the above-referenced action. A copy has been served electronically on all parties.

Almost two and a half years ago, Defendants' motion to dismiss this lawsuit was fully briefed and submitted to this Court. Since then, Plaintiffs have advised the Court of supplemental authority, and the United States Government has filed a statement of interest, but to date, the motion remains pending, and the Court has neither ruled, nor scheduled a hearing, nor indicated whether it will hold oral argument (which Plaintiffs requested).

This significant delay is prejudicial to Plaintiffs for numerous reasons, and although Plaintiffs most certainly do not wish to do so, it is causing Plaintiffs to consider petitioning the Circuit Court for a writ of mandamus. *See Will v. Calvert Fire Ins. Co.*, 437 U.S. 655, 661-62 (1978); *In re Johnson*, 814 Fed. Appx. 881, 881 (5th Cir. 2020) ("This matter has been pending before the district court for over two years. That is too long of a delay.").

Plaintiffs are mindful of the burdens placed on the United States District Courts, and they do not want to add to those burdens.  But out of respect for this Court, Plaintiffs feel obliged to let the Court know they are considering the mandamus option.  We appreciate the Court's attention to this matter.

Respectfully,

_____*/s/ Jed Rubenfeld*_____
JED RUBENFELD
(*pro hac vice*)
1031 Forest Rd. New Haven CT 06515
Tel.: (203) 432-7631
jed.rubenfeld@yale.edu
*Attorney for Children's Health Defense*

1

2

## **CERTIFICATE OF SERVICE**

This is to certify that on the 7th day of July 2026, a true and correct copy of the above and foregoing was filed with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

_____*/s/ Jed Rubenfeld*_____

2