AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE et al., *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-02735 |
| W P CO LLC et al., *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Children's Health Defense .

Date: 08/27/2026

*Attorney's signature*

Ray L. Flores II CA00173
*Printed name and bar number*

RAY L. FLORES II, Attorney at Law
Torrey Reserve North Court
11622 El Camino Real Suite 100
San Diego, CA 92130
*Address*

rayfloreslaw@gmail.com
*E-mail address*

(858) 367-0397
*Telephone number*

(888) 336-4037
*FAX number*